894 A.2d 1135

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

John O. IWEANOGE, Jr., Respondent.

Misc. Docket AG No. 21, Sept. Term, 2005.

Court of Appeals of Maryland.

March 22, 2006.

## *ORDER*

The parties herein have jointly petitioned this Court to reprimand the Respondent pursuant to Maryland Rule 16–772. Upon review of the said Joint Petition and for the reasons set forth therein, it is this 22nd day of March, 2006

ORDERED, that the Respondent, JOHN O. IWEANOGE, JR., be, and he is hereby reprimanded for misconduct in violation of Rules 1.1, 1.3, and 1.4(a) of the Maryland Rules of Professional Conduct.